## *May* Term, 1790.

(p. 85.)

### The STATE *againſt* TOBIAS HENDRICKSON.

#### *On* Habeas Corpus *of Negro* Jack *claiming his Freedom.*

THE Court having conſidered this Caſe under all its Circumſtances, and it appearing that John Coward the former Maſter, under whom Tobias Hendrickſon claims Title to the Negro, antecedent to the Year 1785, actually entered into an Agreement with Jack for his Freedom, the Terms of which have been fully complied with; *The Court are therefore of Opinion,* and *do order,* the ſaid Negro Jack to be liberated from the Cuſtody of the ſaid Tobias Hendrickſon—But as John Coward the former Maſter is not before the Court, and of Courſe not heard, and his Intereſt may be materially concerned, this Judgment for the Liberation of the ſaid Jack is not to affect any preſent or future Claim of the ſaid John Coward.